# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CLIFFORD BAILEY, et al.,

          Plaintiffs,    :    Case No. 3:17-cv-332

                                    District Judge Thomas M. Rose
- vs -                          Magistrate Judge Michael R. Merz

VERSO CORPORATION,

          Defendant.    :

## RECUSAL ORDER

This case was randomly assigned to the undersigned upon its filing in September 2017. The expiration of my term of office occurs March 1, 2018. Therefore, I recuse myself from further judicial participation in this case and direct the Clerk to randomly reassign the case to one of the other Magistrate Judges resident at Dayton.

November 13, 2017.

                                                          s/ *Michael R. Merz*
                                                   United States Magistrate Judge