UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CLIFFORD BAILEY and
JAMES SPENCER, for themselves and
others similarly-situated, and UNITED STEEL,
PAPER AND FORESTRY, RUBBER,
MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION,
AFL-CIO-CLC,

    Plaintiffs,

v.

VERSO CORPORATION,

    Defendant.
_____/

Case No. 3:17-cv-332
Class Action

U.S. Magistrate Judge
  Michael J. Newman

**NOTICE OF RETIREE LIFE INSURANCE
CLASS ACTION SETTLEMENT**

Pursuant to the Court's order (D.56), and as follow-up to the parties' reports (D.57-58), the parties reached the mutually-acceptable Settlement Agreement, attached as **Ex. 1**. It is signed by all parties.

We intend to ask the Court to **(1)** certify the class; **(2)** preliminarily approve the parties' settlement, to resolve this retiree life insurance class action; **(3)** approve the proposed Rule 23(c)(2)(A) notice to the class; and **(4)** set a Rule 23(e)(2) hearing to determine the fairness, reasonableness, and adequacy of the settlement.

1

2

The parties request a telephonic hearing to review these matters with the Court.

| | |
|---|---|
| s/John G. Adam | |
| Stuart M. Israel (MI P15359) | David M. Cook (OH 0023469) |
| John G. Adam (MI P37205) | Bennett P. Allen (OH 96031) |
| Legghio & Israel, P.C. | Cook & Logothetis, LLC |
| 306 South Washington, Suite 600 | 30 Garfield Place, Suite 540 |
| Royal Oak, MI 48067 | Cincinnati, OH 45202 |
| (248) 398-5900 | (513) 287-6980 |
| israel@legghioisrael.com | dcook@econjustice.com |
| jga@legghioisrael.com | ballen@econjustice.com |
| | |
| Class Counsel and Attorneys for Plaintiffs | Local Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

    I certify that on May 15, 2020, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system which will send notification of filing to all participating in the CM/ECF system.

                                                         s/John G. Adam
                                                         John G. Adam