UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLIFFORD BAILEY, *et al.*,

       Plaintiffs,                           Case No. 3:17-cv-332

vs.

VERSO CORPORATION,               Magistrate Judge Michael J. Newman
                                       (Consent Case)
       Defendant.

---

**ORDER AND ENTRY: (1) GRANTING DEFENDANT'S REQUEST FOR ADDITIONAL TIME (DOC. 61); (2) TERMINATING PLAINTIFFS' MOTION (DOC. 60) ON THE COURT'S DOCKET WITHOUT PREJUDICE TO REFILING; AND (3) SETTING THIS CASE FOR A STATUS CONFERENCE ON SEPTEMBER 15, 2020**

---

This civil case is before the Court on Plaintiffs' motion for, *inter alia*, class certification and approval of a class action settlement between the parties. Doc. 60. Defendant filed a memorandum in response to Plaintiffs' motion. Doc. 61. In its memorandum, Defendant agrees that the parties have agreed to settle this case and that the matter should proceed to class certification, the circulation of class notices, and the scheduling of a fairness hearing. *Id*. However, Defendant requests additional time to confirm the identity of individuals who should be part of the proposed class settlement before such action be undertaken by the Court. *Id*. In a reply memorandum, Plaintiffs do not object to Defendant's request for additional time, but request that the Court set a status conference in the case.

Based on the foregoing, the Court: (1) **GRANTS** Defendant's request for additional time (doc. 61); and (2) **TERMINATES** Plaintiffs' motion (doc. 60) on the Court's docket **WITHOUT PREJUDICE** to refile. The Court sets this case for a status conference by telephone on **September 15, 2020** at **2:00 pm** to discuss, *inter alia*, when Plaintiffs' motion can be refiled for

the Court's consideration.  Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**


Date:   August 27, 2020                                    s/ Michael J. Newman
                                                          Michael J. Newman
                                                          United States Magistrate Judge