UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLIFFORD BAILEY, *et al.*,

    Plaintiffs,

v.

VERSO CORPORATION,

    Defendant.

Case No. 3:17-cv-332

District Judge Michael J. Newman

## ORDER REGARDING NOTICE TO ADDITIONAL CLASS MEMBERS

This case came before the Court for a status conference on July 7, 2021. On July 2, 2021 counsel alerted the Court to the recent addition of several retirees to the class. Doc. No. 74. To facilitate administration of the settlement, the Court continued the fairness hearing until all class members received notice of the settlement.

At the request of the parties, the Court adopts the following deadlines as to the additional class members identified by Defendant: **(1)** Defendant shall provide the names, addresses and other contact information of the additional retirees to the Plaintiffs' counsel by July 15, 2021, and Plaintiff's counsel shall thereafter mail the notice and claim forms; **(2)** the class members shall have until September 28, 2021 to file objections, **(3)** claims must be submitted to Plaintiffs' counsel by October 28, 2021; and **(4)** fairness hearing shall be held at a date that will be set in November 2021 (or earlier if no objections and the claim forms are returned). The Court will schedule the fairness hearing date by future order after consultation with the Parties.

    **IT IS SO ORDERED.**

Date:  July 7, 2021                       s/Michael J. Newman
                                                       Hon. Michael J. Newman
                                                       United States District Judge