AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Clifford Bailey, et al.<br>*Plaintiff*<br>v.<br>VERSO CORPORATION,<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-cv-332<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  ORDER: GRANTING FINAL APPROVAL TO THE CLASS SETTLEMENT UNDER FED. R. CIV. P. 23; DISMISSING THIS CASE WITH PREJUDICE; AND TERMINATING THE CASE ON THE DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael J. Newman  on a motion for Settlement under Fed. R. Civ. P. 23.

Date:  6 December 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*